# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| OPTIC153 LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON BUSINESS NETWORK SERVICES, INC., AND VERIZON SERVICES CORP.,<br><br>    Defendants. | **Civil Action No. 6:20-cv-484**<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Optic153 LLC is a wholly owned subsidiary of Equitable IP Corporation, a Nevada Corporation with more than 10 shareholders, none of which are public companies owning ten percent or more of Equitable IP's stocks.

Dated: June 2, 2020

*/s/ Alex Chan*
Timothy Devlin (Bar No. 4241)
Alex Chan (Bar No. 24108051)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com
achan@devlinlawfirm.com

*Attorneys for Plaintiff,*
*Optic153 LLC.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter.

| | |
|---|---|
| Dated:  June 2, 2020 | */s/ Alex Chan*<br>Alex Chan |