# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| OPTIC153 LLC,<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON BUSINESS NETWORK SERVICES, INC., AND VERIZON SERVICES CORP.,<br><br>        Defendants. | **Civil Action No. 6:20-cv-484-ADA**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiff Optic153 LLC ("Plaintiff") and Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Business Network Services, Inc., and Verizon Services Corp. ("Defendants") have resolved Plaintiff's claims for relief against Defendants.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice, with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Respectfully Submitted,

Dated: April 21, 2021

| | |
|---|---|
| /s/ *Alex Chan* | /s/ *Kevin P. Anderson* |
| Alex Chan (State Bar No. 24108051) | Gilbert A. Greene |
| achan@devlinlawfirm.com | State Bar No. 24045976 |
| Timothy Devlin (pro hac vice to be filed) | bgreene@duanemorris.com |
| tdevlin@devlinlawfirm.com | **DUANE MORRIS LLP** |
| DEVLIN LAW FIRM LLC | Las Cimas IV |
| 1526 Gilpin Ave. | 900 S. Capital of Texas Hwy., Suite 300 |
| Wilmington, DE 19806 | Austin, TX 78746-5435 |
| Phone: (302) 449-9010 | Tel.: (512) 277-2246 |
| Facsimile: (302) 353-4251 | Fax: (512) 597-0703 |

Attorneys for Plaintiff
Optic153 LLC

Kevin P. Anderson
KPAnderson@duanemorris.com
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Attorneys for Defendants
VERIZON COMMUNICATIONS INC.;
CELLCO PARTNERSHIP D/B/A VERIZON
WIRELESS; VERIZON SERVICES CORP.;
and VERIZON BUSINESS NETWORK
SERVICES LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

> */s/ Alex Chan*
> Alex Chan